STATE, *ex rel.* CARY D. LANDIS, Att'y Gen'l, *et al.,* v.
JOHN T. GUNN.

150 So. 135.
Division B.
Opinion Filed September 25, 1933.

*Edwin R. Dickenson* and *Dickenson & Lake,* for Plaintiff in Error;

*Sutton, Tillman & Reeves,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; *it is,* therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., and BROWN and BUFORD, J. J., concur.

STATE, *ex rel.* CARY D. LANDIS, Att'y Gen'l, *et al.,* v.
W. T. WATKINS.

150 So. 131.
Division B.
Opinion Filed September 25, 1933.

*Edwin R. Dickenson* and *Dickenson & Lake,* for Plaintiff in Error;

*Sutton, Tillman & Reeves,* for Defendant in Error.

Per Curiam.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

Whitfield, P. J., and Brown and Buford, J. J., concur.

W. E. Bryan, *et al.,* v. F. S. and H. W. Harrison, *et al.*

150 So. 228.
Division B.
Opinion Filed September 25, 1933.

*Thomas W. Butler, W. E. Sweat* and *Leonard O. Boynton,* for Appellants;

*D. R. Peacock,* for Appellees.

Per Curiam.—The appeal here is from a final decree in foreclosure. The record shows that the final decree was executed by a sale of the property under order of court and the same confirmed, before notice of appeal was filed, to one J. L. Harrison who is not made a party to the appeal. Because of the failure to make the purchaser at the fore-